

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE MATTER OF J. A. C., A JUVENILE, | § | No. 08-19-00042-CV |
| | | Appeal from the |
| Appellant, | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC # 1800828) |

### **O R D E R**

The Court received and filed the supplemental clerk's record as requested in its order issued September 29, 2020. Mr. Omar Carmona has been appointed as the new appellate counsel. Appellant's brief is now due November 27, 2020.

IT IS SO ORDERED this 28th day of October, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.